Law Offices of Jason S. Newcombe
David M. Lux
Attorney at Law
600 First Avenue, Suite 435
Seattle, WA 98104
Tel. 206-624-3644
Fax 206-624-3677

THE HONORABLE KAREN A. OVERSTREET
Chapter 13
Hearing Date: June 11, 2010 @ 9:30 a.m.
Response Date: June 4, 2010
Location: U.S. Bankruptcy Court
700 Stewart Street, Rm. 7206
Seattle, WA 98101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:

SCOTT TOWNLEY AND
STEPHANIE TASHIRO-TOWNLEY

Debtors.

**Case No. 09-22120**

RESPONSE TO BANK OF NEW YORK MELLON'S MOTION FOR RELIEF FROM STAY

COME NOW, the undersigned attorney, David M. Lux, attorney for the above-named debtors, Scott Townley and Stephanie Tashiro-Townley, who responds to the Bank of New Mellon's Motion for Relief from Stay as follows:

1. My clients, the above named debtors, filed a response to this motion on June 3, 2010 without my knowledge whatsoever until, just after midnight June 4, 2010, I looked online of the ECFwebmaster Summary of ECF activity for my case activity for June 3, 2010. It

- 1 -- **RESPONSE TO MOTION FOR**
- **RELIEF FROM STAY**

was then that I first realized that the debtors had filed a response in this matter. I then read their response. Prior to reading their filed response, I had no knowledge whatsoever the debtors would be taking these positions in their response. The debtors never mailed, emailed, delivered, or otherwise provided me with a copy of their pro se response.

2. I have attempted to contact the debtors many times over the past several weeks since this motion has been filed, as well as over the past several months before this motion was filed, in an effort to get a response from them regarding their position regarding whether they wished to vacate their home or amend their Chapter 13 plan to pay their mortgage and mortgage arrearage. The debtors never responded to me with a decision on that issue and have not responded to me at all over the past several weeks.

3. I filed a Motion to Shorten Time to withdraw as counsel for the debtors scheduled for hearing on June 11, 2010. However, in light of the debtors' response to this Motion for Relief from Stay without my prior knowledge, I do not wish to appear at this June 11th hearing and expect to strike my motion to shorten time to withdraw. I will then present my ex parte order to withdrawal as debtors' counsel on June 16, 2010 pursuant to my previously filed motion to withdraw as counsel scheduled for hearing on June 16th.

4. Given these recent and usual circumstances, I hope that this court understands my position not to attend this June 11th hearing. There has been a complete breakdown of communication between the debtors and me. Furthermore, I did not participate in the debtors' response because I had no prior knowledge of the debtors' pro se filed Response

- 2 -- **RESPONSE TO MOTION FOR**
- **RELIEF FROM STAY**

Law Offices of Jason S. Newcombe
600 First Avenue, Suite 435
Seattle, Washington 98104
Tel. 206-624-3644
Fax 206-624-3677

to Bank of New York Mellon's Motion for Relief from Stay. The debtors' response was drafted and filed without my advice, counsel, assistance or participation whatsoever.

DATED: June 4, 2010

*/s/David M. Lux*
David M. Lux, WSBA #24581
Attorney for Debtors

- 3 -- **RESPONSE TO MOTION FOR RELIEF FROM STAY**

Law Offices of Jason S. Newcombe
600 First Avenue, Suite 435
Seattle, Washington 98104
Tel. 206-624-3644
Fax 206-624-3677