```
<DOCUMENT>
<TYPE>EX-4.1
<SEQUENCE>2
<FILENAME>efc5-2303_5760434ex41.txt
<TEXT>
```
Exhibit 4.1

EXECUTION VERSION



================================================================================

CWABS, INC.,
Depositor

COUNTRYWIDE HOME LOANS, INC.,
Seller

PARK MONACO INC.,
Seller

PARK SIENNA LLC,
Seller

COUNTRYWIDE HOME LOANS SERVICING LP,
Master Servicer

and

THE BANK OF NEW YORK,
Trustee

-------------------------------

POOLING AND SERVICING AGREEMENT

Dated as of September 1, 2005

-------------------------------

ASSET-BACKED CERTIFICATES, SERIES 2005-10

`<PAGE>`

`<TABLE>`
`<CAPTION>`

Table of Contents
-----------------

|  |  | Page |
|---|---|---|
| `<S>` | `<C>` | `<C>` |
| ARTICLE I. DEFINITIONS | | 13 |
| Section 1.01 | Defined Terms | 13 |
| Section 1.02 | Certain Interpretive Provisions | 61 |
| ARTICLE II. CONVEYANCE OF MORTGAGE LOANS; REPRESENTATIONS AND WARRANTIES | | 61 |
| Section 2.01 | Conveyance of Mortgage Loans | 61 |
| Section 2.02 | Acceptance by Trustee of the Mortgage Loans | 68 |
| Section 2.03 | Representations, Warranties and Covenants of the Master Servicer and the Sellers | 74 |
| Section 2.04 | Representations and Warranties of the Depositor | 92 |
| Section 2.05 | Delivery of Opinion of Counsel in Connection with Substitutions and Repurchases | 94 |
| Section 2.06 | Authentication and Delivery of Certificates | 95 |
| Section 2.07 | Covenants of the Master Servicer | 95 |
| ARTICLE III. ADMINISTRATION AND SERVICING OF MORTGAGE LOANS | | 95 |
| Section 3.01 | Master Servicer to Service Mortgage Loans | 95 |
| Section 3.02 | Subservicing; Enforcement of the Obligations of Master Servicer | 97 |
| Section 3.03 | Rights of the Depositor, the Sellers, the Certificateholders, the NIM Insurer and the Trustee in Respect of the Master Servicer | 98 |
| Section 3.04 | Trustee to Act as Master Servicer | 98 |