09- 22170

August 18, 2010

FILED

2010 AUG 18 PM 12: 13

M. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY _____ DEP CLK

Honorable Judge Marc L. Barreca
US Courthouse
Judge's Chambers 7121
700 Stewart St
Seattle, WA 98101

SUBJECT: LETTER TO CHAMBERS

Honorable Judge Barreca:

On July 29, 2010, Ms. Aspaas, Routh, Crabtree, Olsen attorney representing Bank of New York Mellon, stated that she was delayed in responding to the previous order set by Judge Karen Overstreet on June 11th, 2010 due to the lack of contact information for the pro se. Before leaving the courtroom 7106 on July 29th, I provided her with my phone number and email address. She already has our mailing address as it is on the Motion for Relief of Stay that she submitted back in May.

As a matter of record, I need to share that we are still not receiving service of documents that Ms. Aspaas is submitting to the court. It appears this might be done to hinder our right to due process by delaying or removing any ability of our review of documents being submitted on our case.

Twice now, Ms. Aspaas has not sent documentation to us. On June 11, 2010, Judge Overstreet asked for her to send a copy of the document she submitted to the court on or prior to June 4, 2010 to us. To be clear, Judge Overstreet showed both parties the document that would be sent from Ms. Aspaas to the pro se. We have still not received this document.

It was the note that Judge Overstreet did not feel supported Bank of New York Mellon's standing as the movant. The second instance was the affidavit submitted on August 5th. We received the affidavit from a paralegal assisting us in amending our Chapter 13 plan. Since we are not attorneys, we do not have access to ECF. She is aware of this.

We ask for your assistance in ensuring that we will receive written service to our email address and to our mailing address via US Mail. We ask for the email and mail addresses as one method is electronic so we will receive it in a more timely manner than the other.

Thank you for assisting us in maintaining our right to review documentation in this case and our right to due process.

Respectfully,

*Scott Townley*
*Stephanie Tashiro-Townley*

Scott Townley & Stephanie Tashiro-Townley
pro se - Case 09-22120