```
                                                          FILED
                                                    2010 OCT 22 PM 3:42
```

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:                                    | Chapter 13 Case No. 09-22120
                                          |
SCOTT TOWNLEY and                         | Internal Appeal No. 10-S037
STEPHANIE TASHIRO-TOWNLEY                 |
                                          | BAP No.
        Debtors.                          |
                                          | RESPONSE TO TRUSTEE'S MOTION FOR
                                          | DISMISSAL OF APPEAL

Come now Debtors Scott Townley and Stephanie Tashiro-Townley and respond to Trustee's Motion to Dismiss the Appeal in Bankruptcy Appellate Panel. Debtors assert the following:

1. Debtors filed the Notice of Appeal on October 15, 2010 at 2:08pm as the stamps on the Notice of Appeal and the Order for Denial of the Motion for Reconsideration.

2. Debtors assert that they submitted two copies of the Notice of Appeal and the Order to the Office of the Clerk, one of which was returned to the Debtors (personal copy). This personal copy was also stamped October 15, 2010 at 2:08pm.

3. Debtors paid the $255 fee in cash as noted in the Docket on October 15, 2010.

4. Debtors assert that it was the personal copy with the stamp of the Office of the Clerk that was copied and served to all of the creditors on the creditor matrix including the Bankruptcy Trustee via US Mail on October 15, 2010.

5. Debtors assert that they had a conversation with Sandra Israel at the Office of the Clerk on Monday, October 18th after a voicemail was received by Debtors on Friday, October 15th stating that they had misplaced the Order that I had submitted. When

RESPONSE TO MOTION FOR DISMISSAL        Scott Townley and Stephanie Tashiro-Townley, pro se
                                        23639 SE 267th Place, Maple Valley, WA 98038

Debtors called in on October 18th, Sandra Israel, a Bankruptcy Office of the Clerk employee confirmed that she "certified" the Notice of Appeal, the Order and the other exhibit submitted to them on October 15. Sandra did not mention to the Debtors that the Office of the Clerk had not filed the documents on October 15th when the Debtors had originally filed them with the Office of the Clerk.

6. Debtors fully dispute the claim within the Trustee's Motion that the document was not filed on October 15th. The Debtors have provided a copy of this document from their Docket via PACER. When looking at the document, the stamp **clearly demonstrates the date October 15th not October 18th**. Therefore, the Debtors have met the requirement for filing a Notice of Appeal per the BAP rules which state:

```
A. Time and Method for Filing a Notice of Appeal
A notice of appeal must be filed with the bankruptcy
court within 14 days of entry of the judgment, order,
or decree appealed from. FRBP 8001(a), 8002, and
9006(a)(effective December 1, 2009).The appellant must attach
to the notice of appeal a copy of the entered judgment, order
or decree from which the appeal was taken, if available.
```

### Conclusion

Debtors respectfully request entry of an order Denying the Trustee's MOTION FOR DISMISSAL OF APPEAL and allow for the appeal to continue due to the Notice of Appeal having been filed within the 14 day timeframe as stated in BAP Rule.

RESPONSE TO MOTION FOR DISMISSAL

Scott Townley and Stephanie Tashiro-Townley, pro se
23639 SE 267th Place, Maple Valley, WA 98038

| | |
|---|---|
| 1 | DATED this 21st day of October, 2010. |
| 2 | |
| 3 | _____ Scott C. Townley *(signed by wife Stephanie Tashiro Townley)*<br>Scott Townley, pro se |
| 4 | |
| 5 | _____<br>Stephanie Tashiro-Townley, pro se |