# BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

In re:

SCOTT C TOWNLEY and
STEPHANIE A TASHIRO-TOWNLEY

                  Appellants

vs.

F. MICHAEL FITZGERALD, US
BANKRUPTCY TRUSTEE

                  Appellee

Chapter 13 Case No. 09-22120

Internal Appeal No. 10-S037

BAP No. WW-10-1397

DESIGNATION OF RECORD TO BE
TRANSMITTED TO BANKRUPTCY
APPELLANT PANEL (BAP)

2010 OCT 29 AM 11: 35
FILED
M.L. HATCHER, CLERK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY _____ DEP CLK

To CLERK OF COURT:

Please prepare the following for documents, exhibits and tapes for transmittal to the Bankruptcy

Appellate Panel of the Ninth Circuit.

| Date | Document Name | Document Description |
|---|---|---|
| 10/22/2010 | #57 / Response to Motion to Dismiss (related to #55) | Response to Trustee's Motion to Dismiss Appeal |
| 10/19/2010 | #55 / Trustee's Motion to Dismiss Appeal for Lack of Jurisdiction | DOCKETED IN ERROR (spoke with trustee regarding amended file date on appeal - Trustee's Motion to Dismiss Appeal for Lack of Jurisdiction.. Filed by Jason Wilson-Aguilar on behalf of K Michael Fitzgerald (Wilson-Aguilar, Jason) Modified on 10/25/2010 (USBC Staff - Isreal, Sandra). (Entered: 10/19/2010 at 16:53:12) |
| 10/7/2010 | Minutes regarding the striking of the Objection to Claim | Minutes. (related document(s): 33 Objection to Claim and Notice of Hearing and Certificate of Mailing) . : Objection stricken, case dismissed. |
| 10/7/2010 | Minutes regarding the denying of the Motion of Reconsideration | Minutes. (related document(s): 42 Motion to Reconsider Order of Dismissal with Notice of Hearing. : Order entered denying motion for reconsideration. |
| 10/1/2010 | #48 / Order Denying Motion to Reconsider (Related Doc #42) | ORDER Denying Motion to Reconsider (Related Doc # 42 ) Signed on 10/1/2010 |
| 9/14/2010 | #46 / Notice of Dismissal | Notice of Dismissal (Related document(s) 41 Order on Trustees Objection to Confirmation and Motion to Dismiss). |

DESIGNATION OF RECORD TO BE
TRANSMITTED TO THE BANKRUPTCY
APPELLATE PANEL

Scott Townley and Stephanie Tashiro-Townley, pro se
23639 SE 267th Place, Maple Valley, WA 98038

| | | | |
|---|---|---|---|
| | 8/31/2010 | #41 / Order Denying Confirmation of Plan and Dismissing Case | ORDER Denying Confirmation of Plan and Dismissing Case (Related Doc # 30 ).Both Debtors Signed on 8/31/2010. Prepare Notice of Dismissal 9/14/2010. |
| | 8/30/2010 | #42 / Motion to Reconsider Order of Dismissal | Motion to Reconsider Order of Dismissal with Notice of Hearing. .. Filed by Stephanie Tashiro-Townley , Scott C Townley The Hearing date is set for 10/7/2010 at 09:30 AM at Judge Barreca's Courtroom, U.S. Courthouse, Room 7106. Response due by 9/30/2010. (Attachments: # 1 Request) |
| | 8/26/2010 | Minutes 8/26 hearing | Minutes. Hearing Held. Appearances: Jennifer Aspaas representing The Bank of New York Mellon. (related document(s): 19 Motion for Relief from Stay Real Property located at 23639 Se 267th Pl Maple Valley WA 98038-5836 with Notice of Hearing. Proof of Service filed by Jennifer Aspaas . : Case is dismissed, motion is moot and stricken. |
| | 8/26/2010 | Minutes 8/26 hearing | Minutes. Hearing Held. Appearances: Scott C. Townley and Stephanie Tashiro-Townley, pro se debtors; Jason Wilson-Aguilar, representing Chapter 13 trustee. (related document(s): 30 Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss and Notice of Hearing) filed by K Michael Fitzgerald. : Objection sustained, case dismissed, order to be entered. |
| | 8/19/2010 | #37 / Response to Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss | Response to (Related document(s) 30 Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss and Notice of Hearing). .. Filed by Stephanie Tashiro-Townley , Scott C Townley . |
| | 8/19/2010 | #36 / Answer to Affidavit | Answer to Affidavit (in answer to #32) Filed by Stephanie Tashiro-Townley, Scott C Townley |
| | 8/18/2010 | #34 / Letter from Debtor to Judge | Letter From Debtor to Judge: (Related document(s) 33 Objection to Claim and Notice of Hearing and Certificate of Mailing). |
| | 8/18/2010 | #33 / Objection to Claim | Objection to Claim Number 6 of Claimant Litton Loan Servicing. , Hearing Notice and Certificate of Mailing. Objection to Claim hearing scheduled for 10/7/2010 at 09:30 AM at Judge Barreca's Courtroom, U.S. Courthouse, Room 7106. Response due by 9/30/2010. Filed by Stephanie Tashiro-Townley , Scott C Townley |
| | 8/5/2010 | #32 / Affidavit In Support of Motion for Relief of Stay | Affidavit In Support of Motion for Relief from Stay, Real Property located at 23639 Se 267th Pl Maple Valley WA 98038-5836 (Related document(s) 19 Motion for Relief from Stay)... Filed by Jennifer Aspaas on behalf of The Bank of New York Mellon. (Attachments: # 1 Exhibit) |

DESIGNATION OF RECORD TO BE
TRANSMITTED TO THE BANKRUPTCY
APPELLATE PANEL

Scott Townley and Stephanie Tashiro-Townley, pro se
23639 SE 267th Place, Maple Valley, WA 98038

| | | | |
|---|---|---|---|
| 1 2 3 4 | 7/29/2010 | Minutes from 7/29 hearing | Minutes. Hearing Held. Appearances: Jennifer Aspaas representing The Bank of NY Mellon; K. Michael Fitzgerald, Chapter 13 trustee. (related document(s): 19 Motion for Relief from Stay) filed by Jennifer Aspaas. : Continued Hearing scheduled for 08/26/2010 at 09:30 AM at Judge Barreca's Courtroom, U.S. Courthouse, Room 7106. |
| 5 6 7 8 | 7/19/2010 | #30 / Trustee's Objection to Confirmation of Chapter 13 Plan and Motion to Dismiss | Trustee's Objection to Confirmation of Chapter 13 Plan, Motion to Dismiss and Notice of Hearing. Plan Objected to: Original Plan. Filed by K Michael Fitzgerald on behalf of K Michael Fitzgerald. Objection to Confirmation Hearing scheduled for 8/26/2010 at 09:30 AM at Judge Barreca's Courtroom, U.S. Courthouse, Room 7106. Response due by 8/19/2010. |
| 9 10 11 12 | 6/11/2010 | Minutes from 6/11 hearing | Minutes. Ruling: The Bank will get a certified copy of the original note holder with a declaration and file it with the Court and send a copy to the debtors. Appearances: Jennifer Aspaas; Scott and Stephanie Townley (related document(s): 19 Motion for Relief from Stay filed by The Bank of New York Mellon) Jennifer Aspaas Continued Hearing scheduled for 07/29/2010 at 09:30 AM at Judge Glover's Courtroom, U.S. Courthouse, Room 7106. |
| 13 14 15 | 6/3/2010 | #26 / Response in Opposition to Motion for Relief of Stay | Response in Opposition to Motion for Relief from Stay and Motion to Deny Relief fFrom Stay (Related document(s) 19 Motion for Relief from Stay). .. Filed by Stephanie Tashiro-Townley , Scott C Townley . (Attachments: # 1 Decision on Relief from Stay# 2 Proposed Order) |
| 16 17 18 19 | 5/12/2010 | #19 / Motion for Relief of Stay | Response in Opposition to Motion for Relief from Stay and Motion to Deny Relief fFrom Stay (Related document(s) 19 Motion for Relief from Stay). .. Filed by Stephanie Tashiro-Townley , Scott C Townley . (Attachments: # 1 Decision on Relief from Stay# 2 Proposed Order) |

20  We also request that any court recordings/transcripts for hearings on the following dates be

21  transmitted as well:

22  • June 11, 2010
   • July 29, 2010

23  • August 26, 2010

24

25

26

1
2          DATED this 29th day of October, 2010.
3                                                _____
                                                 Scott Townley, pro se
4
5                                                _____
6                                                Stephanie Tashiro-Townley, pro se
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26