1

2

3

UNITED STATES BANKRUPTCY APPELLATE PANEL
4                        OF THE NINTH CIRCUIT

5  In re:                                              BAP No. WW-10-1397

6  SCOTT C. TOWNLEY and                                Bankr. No. 09-22120
   STEPHANIE TASHIRO-TOWNLEY,                                Chapter 13

7                                                       Internal Appeal No. 10-S037
            Debtors
8

9  SCOTT C. TOWNLEY and
   STEPHANIE TASHIRO-TOWNLEY,

10                                                      APPELLEE'S DESIGNATION OF
          Appellants                                    RECORD

11
           v.
12
   K. MICHAEL FITZGERALD, Chapter 13 Trustee,
13
          Appellee
14

15

16        K. Michael Fitzgerald, Chapter 13 Trustee / Appellee, designates the following items to be

17  included in the record on appeal:

18        1.      Proof of claim filed by The Bank of New York Mellon (Claim No. 6-1)

19        2.      Proof of claim filed by Mortgage Electronic Registration Systems, Inc. (Claim No. 15-1)

20        3.      Proof of claim filed by Wells Fargo Financial Washington (Claim No. 3-1)

21        4.      Chapter 13 plan filed December 1, 2009 (Docket No. 15)

22        5.      Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) filed

23  December 1, 2009 (Docket No. 14)

24
   Appellee's Designation of Record - 1                        Chapter 13 Trustee
                                                                600 University St. #2200
                                                                Seattle, WA 98101-4100
                                                                (206) 624-5124 FAX 624-5282

| | |
|---|---|
| 1 | 6.      Balance of Schedules filed December 1, 2009 (Docket No. 13) |
| 2 | 7.      Trustee's Objection to Confirmation, Motion to Dismiss filed July 19, 2010 (Docket No. |
| 3 | 30) |
| 4 | 8.      Objection to Claim filed August 18, 2010 (Docket No. 33) |
| 5 | 9.      Response to Trustee's Objection to Confirmation, Motion to Dismiss filed August 19, |
| 6 | 2010 (Docket No. 37) |
| 7 | 10.      Amended Plan filed August 18, 2010 (Docket No. 38) |
| 8 | 11.      Amended Schedules A and D filed August 18, 2010 (Docket No. 39) |
| 9 | 12.      Order Denying Confirmation of Plan and Dismissing Case entered August 31, 2010 |
| 10 | (Docket No. 41) |
| 11 | 13.      Motion to Reconsider Order of Dismissal filed August 30, 2010 (Docket No. 42) |
| 12 | 14.      Order Denying Motion to Reconsider entered October 1, 2010 (Docket No. 48) |
| 13 | 15.      Notice of Appeal docketed October 18, 2010 (Docket No. 52) |
| 14 | |
| 15 | Dated this 3rd day of November, 2010 |
| 16 | |
| 17 | */s/ Jason Wilson-Aguilar* |
| 18 | Jason Wilson-Aguilar, WSBA #33582<br>Attorney for Appellee / Chapter 13 Trustee |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Appellee's Designation of Record - 2            Chapter 13 Trustee<br>600 University St. #2200<br>Seattle, WA 98101-4100<br>(206) 624-5124 FAX 624-5282 |