IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING NO. 09-22120-MLB |
|---|---|
| SCOTT C TOWNLEY and | DECLARATION OF JEFF STENMAN |
| STEPHANIE TASHIRO-TOWNLEY, | |
| Debtor(s). | |

Jeff Stenman declares and states as follows:

1.      I am Vice President of Northwest Trustee Services, Inc. and I have personal knowledge concerning the facts in this declaration and am competent to testify.

2.      On December 3, 2010, Northwest Trustee Services, the duly appointed trustee under the relevant deed of trust, held a foreclosure sale of the property at 23639 Southeast 267th Place, Maple Valley, Washington.  The property was sold to The Bank of New York Mellon f/k/a The Bank of New York for the sum of $299,000.00.

3.      On December 10, 2010, a Trustee's Deed reciting the terms of this sale was recorded in the King County, Washington real property records as document number 20101210001799.  A true and correct copy of the Trustee's Deed is attached and incorporated. Pursuant to the foreclosure sale and the recorded Trustee's Deed, The Bank of New York Mellon now holds title to the property.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this ___11___ day of January, 2011

By: _____
Vice President
Northwest Trustee Services, Inc.

Declaration of Jeff Stenman - 1